DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER PARKS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1851

[October 31, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case No. 09-007878-CF10B.

Christopher Parks, Sneads, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***